# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-143
_____

B.B., Mother of L.T., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

April 30, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; Thomasina Moore, Statewide Director of Appeals, Sara Goldfarb, and Rocco J. Carbone, III, of Guardian ad Litem Program, Sanford, for Appellee.